Alice J. Wolfson  (State Bar No. 146359)
David M. Lilienstein  (State Bar No. 218923)
DL LAW GROUP
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 678-5050
Facsimile:  (415) 358-8484
E-mail:  alice@dllawgroup.com, david@dllawgroup.com

Attorneys for Plaintiff,
MARK NILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK NILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 through 10,<br><br>    Defendants. | Case No.  C-14-02805 WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Date: 9/16/2014<br>Requested Date: 9/30/2014<br>Time:   2:00 p.m.<br>Place:   Courtroom 2, 17th Fl. |

    Counsel for Plaintiff, MARK NILSON, and counsel for THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, with the full authority of their clients, HEREBY STIPULATE and agree as follows:

    WHEREAS a case management conference is currently scheduled for September 16, 2014;

    WHEREAS counsel for Plaintiff will be unavailable on the date currently scheduled for the hearing.  Plaintiff's counsel is a solo practitioner, and it would be

1

STIPULATION TO CONTINUE CMC                                                  Case No. C-14-02805 WHO

1  improper for him to have counsel who would not be trying this action to appear at the
2  hearing.
3      THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL,
4  HEREBY STIPULATE AND RESPECTFULLY REQUEST that the Court continue the
5  Case Management Conference from September 16, 2014 to September 30, at 2:00 p.m.,
6  or another date thereafter convenient to the Court.
7      IT IS SO STIPULATED
8  Dated:  August 21, 2014        DL LAW GROUP

   By: _____/s/_____
   David Lilienstein
   Attorneys for Plaintiff, MARK NILSON

13 Dated:  August 21, 2014        MESERVE, MUMPER & HUGHES, LLP

   By: _____/s/_____
   Cindy Mader
   Attorneys for Defendants THE PRUDENTIAL
   INURANCE COMPANY OF AMERICA

20 IT IS SO ORDERED.

22 Dated:  August 27, 2014        /s/ W. H. Orrick
                                  Hon. William H. Orrick
                                  United States District Court Judge